# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **RONNIE A. GARRISON,** | ) | Bankruptcy No. 17 B 11538 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 11, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid. Those marked with an * were served via the Court's ECF System.

Date: June 11, 2018            /s/ Rachel A. Leibowitz
                                        Paralegal


Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Td Bank USA
American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Navient Solutions, LLC. on behalf
Dept of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Portfolio Recovery Assoc., LLC
Successor to Capital One, N.A.
POB 41067
Norfolk, VA 23541

Midland Funding, LLC
Midland Credit Mgmt, Inc.
PO Box 2011
Warren, MI 48090

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

LVNV Funding, LLC its successor
and assigns as assignee of
Capital One Bank (USA), N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ronnie A Garrison
141 Southwicke Dr
Streamwood, IL 60107-3376

Patrick S Layng
Office of the U.S. Trustee
Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

Heller & Richmond Ltd
33 N Dearborn St Ste 1907
Chicago, IL 60602-3828 *

Thomas N Auwers
Heller & Richmond Ltd
33 N Dearborn St Suite 1907
Chicago, IL 60602-3828 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *

Michael R Richmond
Heller & Richmond Ltd
33 N Dearborn Suite 1907
Chicago, IL 60602-3828 *